UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )    CASE NO.: 3:16-cr-003
                                  )
ARTHUR J. BUTTS,                  )
                                  )
        Defendant.                )

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in the interest of justice because the matter has been resolved through the Laurens County, Georgia District Attorney's Office, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia, hereby dismisses without prejudice the Information filed in the above-captioned case, 3:16-cr-003.

EDWARD J. TARVER
UNITED STATES ATTORNEY

C. Troy Clark
Georgia State Bar No.: 811674
Assistant United States Attorney
P.O. Box 2017
Augusta, Georgia 30903
(706) 724-0517

Leave of Court is granted for the filing of the foregoing dismissal.

This _19th_ day of _April_, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA